WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee – NY Office
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004
Tel. (212) 510-0500
By:    Mark Bruh
        Trial Attorney

**Hearing Date: September 25, 2024**
**Hearing Time: 9:00 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                  :
In re                   :        Chapter 11
                  :
NEW TENT, LLC, *et al.*,[1]     :
                  :
                  :        Case No. 24-10015 (JPM)
                  :
           Debtors.    :
-------------------------------------------------------X

## NOTICE OF THE UNITED STATES TRUSTEE'S MOTION
## TO DISMISS THESE CASES, OR IN THE ALTERNATIVE, CONVERT
## THESE CHAPTER 11 CASES TO CASES UNDER CHAPTER 7

**PLEASE TAKE NOTICE** that upon this Notice of Motion and the accompanying

memorandum of law, the United States Trustee for Region 2 (the "United States Trustee"), will

move this Court before the Honorable John P. Mastando III, Bankruptcy Judge, in the United

States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New

York 10004 on **September 25, 2024 at 9:00 a.m.** (the "Hearing"), or as soon thereafter as

counsel can be heard, for an order dismissing these Chapter 11 cases, or in the alternative,

---

[1] The Debtors in these chapter 11 cases and the last four digits of each debtor's taxpayer identification number are as follows: New Tent, LLC ("New Tent"), Case No. 24-10015 (2583); and Neo Image Enterprises, LLC ("Neo"), Case No. 24-10016 (1022) (New Tent and Neo are collectively referred to as the "Debtors").

1

converting these cases to cases under chapter 7, and for such other and further relief as this Court

may deem just and proper.

      **PLEASE TAKE FURTHER NOTICE** that the Hearing will be held via Zoom for

Government.  Participants are required to register their appearance by 4:00 p.m. the day before the

Hearing by utilizing the Electronic Appearance portal located on the Court's website

at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

      **PLEASE TAKE FURTHER NOTICE** that any responsive papers should be filed with the

Court and served on the United States Trustee via email, attention: Mark Bruh, Esq.

(mark.bruh@usdoj.gov), no later than seven (7) days prior to the return date set forth above.  Such

papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf

the papers are submitted, the nature of the response, and the basis for such response.  Failure to

provide this information may be grounds to strike the response or to grant the motion by default.

Dated: New York, New York
      August 26, 2024


              Respectfully submitted,

              WILLIAM K. HARRINGTON
              UNITED STATES TRUSTEE

      By:    */s/ Mark Bruh*
              Mark Bruh
              Trial Attorney
              Office of the United States Trustee
              Alexander Hamilton Custom House
              One Bowling Green, Room 534
              New York, NY 10004
              Tel. (212) 510-0500